UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GLENN BRAXTON,

    Petitioner,

  v.

KATHY PROSPER, Warden,

    Respondent.
                                  /

No. C 08-1742 PJH (PR)

**ORDER OF TRANSFER**

    This is a habeas case filed pro se by a state prisoner. Petitioner seeks to challenge a conviction obtained in Solano County. Solano County is in the venue of the United States District Court for the Eastern District of California. Petitioner is incarcerated at the California Correctional Center in Susanville, which also is in the Eastern District.

    Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

    Because petitioner was convicted in Solano County, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b). Petitioner may disregard the clerk's notice regarding the filing fee.

    **IT IS SO ORDERED.**

Dated: April 11, 2008.

                                                PHYLLIS J. HAMILTON
                                                United States District Judge

G:\PRO-SE\PJH\HC.08\BRAXTON1742.TRN.wpd