IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL GLENN BRAXTON,

    Petitioner,               No. CIV S-08-0787 GEB DAD P

    vs.

KATHY PROSPER, Warden,

    Respondent.          <u>ORDER</u>

                              /

        Petitioner has requested a second extension of time to file and serve a traverse pursuant to the court's order of June 4, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's February 12, 2009 request for an extension of time (Doc. No. 23) is granted; and

        2. Petitioner is granted sixty days from the date of this order in which to file and serve a traverse.

DATED: February 23, 2009.

                                                                    _/s/ Dale A. Drozd_
                                                                    DALE A. DROZD
DAD:9                                                         UNITED STATES MAGISTRATE JUDGE
brax0787.111t(2)